CRIMINAL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>Lakrii Brazaitis,<br><br>    Defendant(s). | JUDGE PATRICIA A. GAUGHAN |
| | DATE: May 15, 2008 |
| | CASE NUMBER: 1:07CR424-009 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: |

Probation Violation Hearing is set May 20, 2008 at 11:30 a.m.

                     /s/ Patricia A. Gaughan
                     JUDGE PATRICIA A. GAUGHAN